UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 5:13-MJ-1094

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE Blackberry cell phone, serial number 12RMX3200011205, located at Wilmington Domicile, 154 N Front St., Wilmington, NC 28401 | **ORDER TO UNSEAL** |

Upon motion of the government, the previously requested Search Warrant and related documents, in the above captioned matter are hereby ORDERED unsealed.

SO ORDERED.

_March 21, 2014_
DATE

Robert B. Jones, Jr.
United States Magistrate Judge